UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JENNEA M. SCHNABEL,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:12-CV-05740-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the Administrative Law Judge shall provide the claimant with an opportunity to submit additional evidence; re-evaluate the claimant's mental impairments pursuant to the special technique in 20 CFR 416.920a; if warranted and available, obtain medical expert testimony regarding the nature and severity of the claimant's impairments; reconsider the claimant's residual functional

capacity, and in so doing, further evaluate the opinion evidence in the record; re-evaluate the evidence at step four of the sequential evaluation process, and in so doing compare the physical and mental demands of the claimant's past relevant work with her maximum residual functional capacity; seek supplemental vocational expert testimony, if warranted, to determine whether there are a significant number of jobs in the national economy that the claimant can perform; further evaluate the claimant's subjective complaints, considering the factors set out in Social Security Ruling 96-7p; if the claimant is found disabled when considering the effects of alcohol or drug abuse, conduct the proper proceedings to determine whether alcohol or drug abuse is material to a finding of disability; give the claimant an opportunity for a hearing; and issue a new decision.

DATED this 27th day of February, 2013.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER, WSB#36808
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov